# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

Eastern District of Kentucky
**FILED**

OCT 2 4 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO.** 6:24-cr-068-CHB

**UNITED STATES OF AMERICA**                  **PLAINTIFF**

**V.**          **MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANT**

**JOSHUA BERRY**                  **DEFENDANT**

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **JOSHUA BERRY**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: _____
W. Samuel Dotson
Assistant United States Attorney
601 Meyers Baker Rd.  Suite 200
London, KY  40741
(606) 330-4827
william.s.dotson@usdoj.gov