UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
NOV 2 2 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.   SUPERSEDING INDICTMENT NO. <u>6:24-CR-68-S-CHB-HAI</u>
21 U.S.C. § 846

JOSHUA BERRY,
DAVID W. MOSLEY,
JAMES D. HAMLIN, III,
JACQUELINE PAIGE HAMLIN,
CHARLES HEATH GARREN, and
CHRISTOPHER BAKER

\* \* \* \* \*

THE GRAND JURY CHARGES:

Beginning on or about a day in January 2022, the exact date unknown, and continuing through on or about September 6, 2024, in Bell County, in the Eastern District of Kentucky, and elsewhere,

JOSHUA BERRY
DAVID W. MOSLEY,
JAMES D. HAMLIN, III,
JACQUELINE PAIGE HAMLIN,
CHARLES HEATH GARREN, and
CHRISTOPHER BAKER

did conspire with each other and others to knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

As part of this conspiracy, it was agreed upon and reasonably foreseeable as to **JOSHUA BERRY, DAVID W. MOSLEY, JAMES D. HAMLIN, III, JACQUELINE PAIGE HAMLIN, and CHARLES HEATH GARREN** that 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine would be distributed, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**A TRUE BILL**

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years of supervised release

**500 grams or more of a mixture or substance containing methamphetamine:**
Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years of supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.